# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03757-SVW-MAA | Date | October 25, 2022 |
|---|---|---|---|
| Title | Gonsalves and Santucci, Inc. v. Greenwich Insurance Company | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

    In light of Defendant's response to our order, at Dkt. # 47, and after reviewing relevant precedent, the Court agrees with Defendant that the remaining claims related to breach of contract are no longer viable because we found, at Dkt. # 46, that there is no duty to defend. As a result, the case is dismissed.

 

|  | : |
|---|---|
| Initials of Preparer | PMC |